■ SAMAN SAFADJOU, Respondent, v AZINE MOHAMMADI, Appellant. (Appeal No. 1.) [963 NYS2d 897]—Appeal from an order of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), entered November 23, 2010. The order, inter alia, adjudged that defendant was properly served by email.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Safadjou v Mohammadi* ([appeal No. 3] 105 AD3d 1423 [2013]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ SAMAN SAFADJOU, Respondent, v AZINE MOHAMMADI, Appellant. (Appeal No. 2.) [963 NYS2d 897]—Appeal from a corrected order of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), entered January 6, 2011. The corrected order denied the motion of defendant to dismiss the complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Safadjou v Mohammadi* ([appeal No. 3] 105 AD3d 1423 [2013]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.